United States District Court
Southern District of New York
_____

INDUSTRIAS DE PAPEL R. RAMEZIONI,
S.A.,

                        Plaintiff,

       - against -

CREDIT SUISSE FIRST BOSTON, ET AL.,

                       Defendants.
_____

**11 Civ. 5449(JGK)**

<u>MEMORANDUM OPINION AND
ORDER</u>

JOHN G. KOELTL, District Judge:

     On its face, the complaint in this case alleges jurisdiction solely on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332(a).  However, the plaintiff fails to allege complete diversity.  The defendants advise that "Credit Suisse First Boston" is the former name of Credit Suisse, a bank incorporated in and having its principal place of business in Switzerland.  A corporation is, for diversity purposes, "a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).  Hence, Credit Suisse is an alien.  Because the plaintiff is also, admittedly, an alien, there is an absence of jurisdiction based on diversity of citizenship.  See <u>Corporacion Venezolana de Fomento v. Vintero Sales Corp.</u>, 629 F.2d 786, 789-790 (2d Cir. 1980) ("[T]he fact

that alien parties were present on *both* sides would destroy

complete diversity.") (emphasis in original).

The case is dismissed without prejudice for lack of subject

matter jurisdiction.  The clerk is directed to close this case.

**SO ORDERED.**

Dated:     New York, New York
           August 29, 2011

                                   John G. Koeltl
                              United States District Judge