USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _9/28/2011_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 11 Civ. 5449 (JGK)

INDUSTRIAS DE PAPEL R. RAMENZONI, S.A.,
a foreign corporation,

       Plaintiff,

vs.

CREDIT SUISSE FIRST BOSTON, et al.,

       Defendants.

_____/

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The motion of Ergio I. Fernandez for admission to practice Pro Hac Vice in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Ergio I. Fernandez
David M. Goldstein, P.A.
286 N.E. 39th Street
Miami, Florida 33137
Telephone: (305) 372-3535
Fax: (305) 577-8232
E-mail: ergio@dmgpa.com

New York Address:
2109 Broadway, Suite 9-06
New York, New York 10023

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Plaintiff, INDUSTRIAS DE PAPEL R. RAMENZONI, S.A., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://www.nysd.uscourts.gov/ecf_registration.php.

Dated: _5/27/11_

_____
United States District/Magistrate Judge